IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA CUMMINGS**                                                                                    **PLAINTIFF**
**ADC #172826**

v.                                    Case No: 4:24-cv-00699-JM

**CUMMINS UNIT, ADC,** *et al.*                                                               **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice. The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C, § 1915(a)(3), that an in forma pauperis appeal from this Judgment or the underlying Order would not be taken in good faith.

DATED this 28th day of October, 2024.


_____
UNITED STATES DISTRICT JUDGE